**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

**NEW YORK CITY OFFICE**
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (914) 761-0995

January 26, 2024

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
United States District Courthouse
300 Quarropas Street
White Plains, NY 10601

By ECF and Email/PDF

Re:   *United States v. Christopher Coleman*, 17 Cr. 419 (KMK)
      Letter Motion for CJA Reappointment

Dear Judge Karas:

I was previously appointed as CJA counsel to represent the defendant, Christopher Coleman pursuant to CJA. After the defendant's guilty plea to participating in a narcotics conspiracy and possession of a firearm in furtherance of the conspiracy, On July 8, 2018, the Court sentenced him to a total of 144 months' imprisonment to be followed by 3 Years' Supervised Release (ECF Doc No. 146).

Pursuant to the October 31, 2023 Standing Order M10-468 of Chief Judge Laura Taylor Swain (23-mc-00407-LTS ) (ECF Doc No.1), I request CJA reappointment to investigate and pursue a possible motion for reduction of sentence, in accordance with Amendment 821 to the U.S. Sentencing Guidelines Manual. The defendant has been incarcerated since the commencement of this case and has had no change in financial condition.

Thank you, Your Honor, for your consideration of this application.

Granted.
So Ordered.
*/s/ KMK*
1/29/24

Very truly yours,

Tanner & Ortega, L.L.P.

*/s/ Howard E. Tanner*
Howard E. Tanner

cc:   AUSA Samuel Raymond (By ECF and Email/PDF)