UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
UNITED STATES OF AMERICA,           :

    -against-                      :        17 Cr. 419 (KMK)

CHRISTOPHER COLEMAN,                :        ORDER

    Defendant                      :
---------------------------------------x

Honorable Kenneth M. Karas, United States District Court Judge:

    The Defendant, CHRISTOPHER COLEMAN, (Reg. #08325-084), currently designated at Bureau of Prisons facility, FCI Memphis, will be filing a Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) and Section 1B1.10 in the above-captioned matter, in which certain inmate records maintained by FCI Memphis may be cited for support therein;

    It is therefore hereby ORDERED that FCI Memphis release to Defendant's counsel of record, Howard E. Tanner, Esq., within ten (10) business days of this Order:

    **All disciplinary and academic/vocational records as to inmate CHRISTOPHER COLEMAN from the time he entered into their custody, and any such records from any other state and/or federal detention facility in their possession.**

**SO ORDERED:**

                                                                        Honorable Kenneth M. Karas
                                                                        United States District Judge, SDNY

Dated: February 23, 2024
White Plains, New York