**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

**NEW YORK CITY OFFICE**
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (914) 761-0995

April 23, 2024

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
United States District Courthouse
300 Quarropas Street
White Plains, NY 10601

By ECF and Email/PDF

Re:   *United States v. Christopher Coleman*, 17 Cr. 419 (KMK)
      Letter Motion for CJA Reappointment, *Nunc Pro Tunc*

Dear Judge Karas:

I was reappointed by Court Order dated January 29, 2024 to investigate and pursue a possible motion for reduction of sentence in accordance with Amendment 821 to the U.S. Sentencing Guidelines Manual (ECF Doc No. 289). Since my work on this matter actually commenced on January 24, 2024, I write to the Court to request that the Order be made *nunc pro tunc* to that date.

Thank you, Your Honor, for your consideration of this matter.

Granted.

SO ORDERED:

HON. KENNETH M. KARAS U.S.D.J.
4/24/2024

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner

cc:   AUSA Samuel Raymond (By ECF and Email/PDF)